# EXHIBIT A

| Plaintiff Name | Filing No. |
|---|---|
| Colombo, Elisa | 1:17-cv-01441 |
| Ewan, Denise and Christopher | 1:17-cv-02822 |
| Kampen, Jeri | 1:17-cv-02961 |
| DeGroot, Michael and Bridget | 1:18-cv-01337 |
| Humphries, Ruth | 1:18-cv-02703 |
| Hodge, Kevin | 1:18-cv-04068 |
| Rhynehardt, Annetta | 1:19-cv-01355 |
| Johnson, Jeffrey | 1:20-cv-00272 |
| Brown, Carolyn | 1:20-cv-02577 |
| Reiller, Anna | 1:20-cv-02589 |
| Euson, Teresa | 1:20-cv-03266 |
| Hudson, Levi | 1:20-cv-06174 |
| Smith, Amber | 1:21-cv-02139 |
| Southall, Jr., Owen | 1:21-cv-06383 |
| Ailshie, Faye | 1:21-cv-06683 |